IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 08-219 (RMC) |
| WATERTROL, INC., | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(i), Federal Rules of Civil Procedure, Plaintiffs hereby notice the dismissal of this action against Defendant, Watertrol, Inc., without prejudice.

April 30  2008

_____
Ira R. Mitzner, D. C. Bar #184564
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N. W.
Washington, D.C.  20006

Attorney for the Plaintiffs

2433615

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., | ) |
| Plaintiffs, | ) ) ) ) |
| v. | ) Civil Action No. 08-219 (RMC) |
| WATERTROL, INC., | ) ) ) |
| Defendant. | ) ) |

## LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

>Ira R. Mitzner, Esq.
>Dickstein Shapiro LLP
>1825 Eye Street, N.W.
>Washington, D.C. 20006
>Telephone: (202) 420-2200
>Facsimile:  (202) 420-2201

>Watertrol, Inc.
>P.O. Box 163
>Cranford, NJ 07016

2433305

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Dismissal was served by first-class mail, postage prepaid, on the ___30___ day of ___April___, 2008 upon:

        Watertrol, Inc.
        P.O. Box 163
        Cranford, NJ 07016

_____
Upasana Malhotra

2433296